# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2015

## NO. 03-14-00490-CV

**Melanie C. Jeanes, Appellant**

**v.**

**Sigma Phi Epsilon Fraternity, Inc. (National); The University of Texas Sig Ep Foundation; Shale Gulbas; and the Sigma Phi Epsilon Fraternity (Texas Alpha Chapter), Appellees**

## APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the summary judgment orders signed by the trial court on March 6, 2014. Having reviewed the record, the Court holds that Melanie C. Jeanes has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Melanie C. Jeanes shall pay all costs relating to this appeal, both in this Court and the court below.